



1   BENJAMIN B. WAGNER
United States Attorney
2   KIRK E. SHERRIFF
Assistant U.S. Attorney
3   4401 Federal Building
2500 Tulare Street
4   Fresno, California 93721
Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

MAY 0 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6   Attorneys for the
United States of America

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8
EASTERN DISTRICT OF CALIFORNIA
9

10

| IN THE MATTER OF THE | ) | Case No:  5:12-sw-00025-JLT |
| SEARCH OF: | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| 4201 OCEANWOOD STREET | ) | ORDER SEALING SEARCH WARRANT |
| BAKERSFIELD, CALIFORNIA | ) | AND SEARCH WARRANT |
| | ) | APPLICATION AND AFFIDAVIT |
| _____ | ) | |

11

12

13

14

15

16

17

18          The United States of America, having applied to this Court

19   for an Order permitting it to file the search warrant and the

20   search warrant application and affidavit in the above-entitled

21   proceeding, together with its Application to Seal, Memorandum,

22   and the accompanying Declaration of Kirk E. Sherriff, under

23   seal, and good cause appearing therefor,

24          IT IS HEREBY ORDERED that the search warrant and the

25   search warrant application and affidavit in the above-entitled

26   proceeding, together with the Application To Seal of the United

27   States Attorney and the accompanying Memorandum of Points and

28   Authorities and Declaration of Kirk E. Sherriff, shall be filed

1

1   with the Court in camera, under seal, and shall not be

2   disclosed pending further order of this court.

3

4   DATED: __5/7/12__                    _Jennifer L.Thurst_
                                         U.S. MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2