```
BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

**FILED**
JUL 2 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>4201 OCEANWOOD STREET<br>BAKERSFIELD, CALIFORNIA<br><br>8105 ROCKHAMPTON DRIVE<br>BAKERSFIELD, CALIFORNIA | 5:12-SW-0025 JLT<br><br>ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND SEARCH WARRANTS |

The search warrant affidavit in this case having been sealed by Order of this Court on May 8, 2012, and it appearing that the affidavit and search warrants are not required to remain secret, based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and search warrants be unsealed and made public record.

Dated: July 26, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1